UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE LEONARD, | No. 2:15-cv-2097 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| R.L. GOWER, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve objections to the July 6, 2017 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 28) is granted; and

2. Petitioner shall file and serve his objections within thirty days from the date of this order.

Dated: 07/24/17

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

leon2097.111