UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE LEONARD, | No. 2:15-cv-2097 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| R.L. GOWER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has requested an extension of time to file a traverse. However, the deadline for filing a traverse has long expired. Petitioner's traverse was due on July 9, 2016. Moreover, almost a year later, on July 6, 2017, the undersigned issued findings and recommendations on the merits of the petition. On July 24, 2017, petitioner was granted an additional thirty days to file objections to the findings and recommendations.

Thus, petitioner's request for an extension of time to file a traverse is denied as untimely. But in an abundance of caution, due to petitioner's transfer to a different prison, petitioner is granted an additional sixty days in which to file objections. IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file a traverse (ECF No. 30) is denied; and

////

////

2. Petitioner is granted sixty days in which to file objections to the July 6, 2017 findings and recommendations.

Dated: August 28, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/leon2097.111(2)